**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JOHN MAAG and GLEN KIM, on behalf of themselves and all other Plaintiffs similarly situated known and unknown, | )<br>)<br>)<br>) |
| Plaintiffs, | ) Case No. 1:17-cv-01569 |
| v. | )<br>) Honorable Marvin E. Aspen |
| XILIN ASSOCIATION, an Illinois Non-Profit organization, WES SON, individually, and LINDA YANG, individually, | )<br>) Magistrate Judge Jeffrey Cole<br>)<br>) |
| Defendants. | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiffs John Maag and Glen Kim and Defendants Xilin Association, Wes Son, and Linda Yang, through their counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), jointly stipulate to the dismissal of all claims in the above-captioned matter with prejudice, with each party to bear its own attorneys' fees, costs and expenses.

DATED: January 4, 2019          Respectfully submitted,

By: /s/ Ryan J. Kim *(with permission)*
One of the Attorneys for Plaintiffs
**JOHN MAAG and GLEN KIM**

Ryan J. Kim
**INSEED LAW, P.C.**
2454 East Dempster Street
Suite 301
Des Plaines, Illinois 60016
*ryan@inseedlaw.com*

By: /s/ Colleen G. DeRosa
One of the Attorneys for Defendants
**XILIN ASSOCIATION, WES SON, and LINDA YANG**

Michael H. Cramer
Colleen G. DeRosa
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
155 North Wacker Drive
Suite 4300
Chicago, Illinois 60606
*michael.cramer@ogletree.com*
*colleen.derosa@ogletree.com*

36186649.1